**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIR MIRSHAFIEI,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; NATIONS RECOVERY CENTER, INC.; AND THE LAW OFFICES OF ROBERT J. COLCLOUGH III,<br><br>Defendants. | Lead Case No.: 8:16-cv-01415-AG-DFM<br>Consol with 8:17-cv-00175-AG-DFM<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)**<br><br>Judge: Honorable Andrew J. Guilford |

Having considered the parties' joint stipulation, IT IS HEREBY ORDERED that this action is dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATE: September 25, 2017

HON. ANDREW J. GUILFORD
U.S. DISTRICT COURT JUDGE